UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
                                                             :
  IN RE CLARA MOUSSA BOUSTANY                                :
                                                             :
                                                             :    23 Misc. 203 (LGS)
                                                             :
  For an Order Pursuant to 28 U.S.C. § 1782 to               :
  Conduct Discovery for Use in a Foreign                     :    ORDER
  Proceeding                                                 :
                                                             :
------------------------------------------------------------ X

LORNA G. SCHOFIELD, District Judge:

WHEREAS, Applicant has filed an ex parte application for an order pursuant to 28 U.S.C. § 1782 to conduct discovery in a foreign proceeding. Applicant seeks evidence from JP Morgan Chase & Co. and JP Morgan Private Bank (the "Banks") relating to a divorce proceeding initiated by Applicant's husband, Fadi Boustany, in Monaco in 2022. It is hereby

ORDERED that by **November 17, 2023**, Applicant shall serve the Banks and Boustany with (1) the papers in support of the application and (2) this Order, and shall file proof of service on the docket. It is further

ORDERED that responsive papers, if any, are due by **December 12, 2023**. Reply papers, if any, are due by **December 22, 2023**. Submissions shall not exceed eight pages and shall otherwise comply with the Court's Individual Rules.

Dated: November 3, 2023
       New York, New York

                                            _____
                                                    **LORNA G. SCHOFIELD**
                                                **UNITED STATES DISTRICT JUDGE**