UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
                                 :

IN RE CLARA MOUSSA BOUSTANY        :
                                 :

                                 :              23 Misc. 203 (LGS)

For an Order Pursuant to 28 U.S.C. § 1782 to  :
Conduct Discovery for Use in a Foreign    :           ORDER
Proceeding                               :
                                 :
------------------------------------------------------------- X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the June 23, 2023, Order (Dkt. 7) referred this matter to Magistrate Judge Valerie

Figueredo.  It is hereby

      ORDERED that the referral is withdrawn and the matter shall be returned to Judge Schofield.

Dated: November 3, 2023
      New York, New York

                                 LORNA G. SCHOFIELD
                              UNITED STATES DISTRICT JUDGE