UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------------------------------X
                                                            :
                                                            :
                                                            :
IN RE: CLARA MOUSSA BOUSTANY                                :    23 Misc. 203 (LGS)
                                                            :
                                                            :         ORDER
                                                            :
------------------------------------------------------------X
```

LORNA G. SCHOFIELD, District Judge:

    This matter having been resolved by the Order on February 7, 2024, the Clerk of Court is respectfully directed to terminate this case.

Dated: March 7, 2024
       New York, New York

_____
**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**